DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEREN BRISCOE**,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3012

[February 6, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502017CF007110A.

Daniel Eisinger, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus Russell Kelly II, Assistant Attorney General, West Palm Beach, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

Keren Briscoe appeals from an order of revocation of probation and the subsequent denial of his Florida Rule of Criminal Procedure 3.800(b)(2) motion to correct sentencing error, wherein he asserts the written revocation order does not conform to the oral pronouncement and does not contain written findings required by due process. The State filed a confession of error. We have reviewed, and we accept the State's commendable confession of error.

Accordingly, we reverse the revocation order and remand with instructions for the original hearing judge, Judge Jeffrey Dana Gillen, to enter a corrected revocation order that (1) conforms with the trial court's oral pronouncement, excluding the alleged financial violations, and (2) includes a written statement identifying the specific evidence relied upon and the reasons for revoking probation.

*Reversed and remanded.*

CIKLIN, GERBER and LOTT, JJ., concur.

*        *        *

***No motion for rehearing will be accepted.  The mandate shall issue immediately.***